# Third District Court of Appeal

## State of Florida

Opinion filed March 20, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-252
Lower Tribunal No. B22-24679
_____

**City of Miami Beach,**
Appellant,

vs.

**Brigitte Krystal Sprinkle,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Steven Leifman, Judge.

Rafael A. Paz, City Attorney, Robert F. Rosenwald, Jr., Chief Deputy City Attorney, and Woody Clermont, Assistant City Attorney; Ashley Moody, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellant.

Carlos J. Martinez, Public Defender, and Andrew Stanton, Assistant Public Defender, for appellee.

Before FERNANDEZ, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.